RECD MAR 15 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of

2005 MAR 17 P 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

AMIE & ROBERT PELLIGRINI, INDIVIDUALLY
and p.p.a. SAVERIO PELLIGRINI and MAXIMUS
PELLIGRINI, minors

V.

OB/GYN GROUP OF ATTLEBORO, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10387 NMG

TO: (Name and address of Defendant)

Earline V. Llewellyn, M.D.
95 Wendy Lane
Attleboro, MA 02703

Agent for Service of Process for
OB/GYN Group of Attleboro, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  2-28-05

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

---

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

Bristol, ss.

March 11, 2005

I hereby certify and return that on 3/8/2005 at 03:28 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Earline V. Llewellyn at M.D. 95 Wendy Lane North Attleboro, MA 02760. Copies ($2.00), Conveyance ($4.50), Travel ($16.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $60.25

Deputy Sheriff Milton L Knox, Jr.

_____
Deputy Sheriff

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.