≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
CLERKS OFFICE
2005 MAR 17 P 2: 58
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| AMIE & ROBERT PELLIGRINI, INDIVIDUALLY and p.p.a. SAVERIO PELLIGRINI and MAXIMUS PELLIGRINI, minors<br>V.<br>BARBARA STRICKER-FRIEDMAN, M.D., et al. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>**05 10387 NMG** |

TO: (Name and address of Defendant)

Barbara Stricker-Friedman, M.D.
OB/GYN Associates
687 North Main Street
Attleboro, MA 02703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

DATE  2-28-05

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**
Bristol, ss.
                                                                                                March 11, 2005
I hereby certify and return that on 3/8/2005 at 03:28 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Cathy Lacohen, agent, person in charge at the time of service for Barbara Stricker-Friedman, 687 North Main Street, Attleboro, MA 02703. Copies ($2.00), Conveyance ($4.50), Travel ($17.60), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $61.85

Deputy Sheriff Milton L Knox, Jr.                                                    _____
                                                                                              Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.