UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIE & ROBERT PELLIGRINI,
Individually and ppa SAVERIO
PELLIGRINI and MAXIMUS
PELLIGRINO, minors.
    Plaintiffs,

CIVIL ACTION NO: 05-10387-NMG

V.

BARBARA STRICKER-FRIEDMAN, M.D.,
ET ALS,
    Defendants.

## MOTION OF THE DEFENDANT, BARBARA STRICKER-FRIEDMAN, M.D., TO TRANSFER THE CLAIMS AGAINST HER TO MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the defendant, Barbara Stricker-Friedman, M.D., and hereby moves pursuant to M.G.L. c. 231, § 60B that the claims against him be transferred to the Massachusetts Superior Court for the limited purpose of convening a Medical Malpractice Tribunal. In support of this motion the said defendant relies on the Memorandum attached hereto.

By her attorneys,
FICKSMAN & CONLEY, LLP

_____
NANCY L. WATSON
BBO # 542480
98 North Washington Street-Suite 500
Boston, MA 02114
(617) 720-1515

### CERTIFICATE OF SERVICE

I, Nancy L. Watson, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing Motion upon the plaintiff by mailing a copy thereof, postage prepaid, directed to: Amato A. DeLuca, DeLuca & Weizenbaum, Ltd. 199 North Main Street, Providence, RI 02903.
    Signed under the penalties of perjury.

DATED:    April 6, 2005

_____
NANCY L. WATSON
BBO # 542480