UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIE & ROBERT PELLIGRINI,
Individually and ppa SAVERIO
PELLIGRINI and MAXIMUS
PELLIGRINO, minors.
    Plaintiffs,

CIVIL ACTION NO: 05-10387-NMG

V.

BARBARA STRICKER-FRIEDMAN, M.D.,
ET ALS,
    Defendants.

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of David A. Markowitz, Esquire and Ficksman & Conley, LLP, 98 No. Washington Street, Suite 500, Boston, Massachusetts as attorneys for the defendant, Barbara Stricker-Friedman, M.D., in the above-captioned action.

Respectfully submitted,

_____
DAVID A. MARKOWITZ
BBO# 644402
Ficksman & Conley, LLP
98 N. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515

### CERTIFICATE OF SERVICE

I, David A. Markowitz, attorney for said defendant, hereby certify that I have this day served copies of this document upon all parties via first class mail, postage prepaid, directed to: Amato DeLuca, Esq., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903.

Date: August 26, 2005

_____
DAVID A. MARKOWITZ