NMG

**Commonwealth of Massachusetts**
County of Suffolk
The Superior Court

CIVIL DOCKET# SUCV2005-02515

Amie Pelligrini, et al
vs.
Barbara Stricker-Friedman MD

**FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL**
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

notice sent
11/8/05
A.A.D.
D.W.
N.L.W.
F C
B.O.M.
U.S.D.C.
(mm)

The above entitled action came on for hearing before the appointed medical tribunal on 10/25/2005, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s)_____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s)_____ because the plaintiff(s)_____ action is merely an unfortunate medical result

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed**. Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 10/25/2005

Justice of the Superior Court

_Geraldine S. Hines_
Associate Justice of the Superior Court Dept.

Legal Member:

_____
Attorney - Tribunal Member

Medical Member:

_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

I HEREBY ATTEST AND CERTIFY ON
**11-8-05**, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

**Commonwealth of Massachusetts**
**County of Suffolk**
**The Superior Court**

CIVIL DOCKET# SUCV2005-02515

notice sent 11/8/05
A.A.D.--D W
N.L.W.--F C
B.O.M.
U.S.D.C.
(mm)

Amie Pelligrini, et al
vs.
OB/GYN Group of Attleboro Inc

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **10/25/2005**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **10/25/2005**

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member: _____
Attorney - Tribunal Member

Medical Member: _____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

I HEREBY ATTEST AND CERTIFY ON
**11-8-05** THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____