UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIE & ROBERT PELLIGRINI, : | |
| INDIVIDUALLY and : | |
| p.p.a. SAVERIO PELLIGRINI and MAXIMUS : | |
| PELLEGRINO, minors : | |
| : | |
| v. : | C.A. NO: 05-10387-NMG |
| : | |
| BARBARA STRICKER-FRIEDMAN, M.D., : | |
| OB/GYN GROUP OF ATTLEBORO INC., : | |
| JOHN DOE, M.D., ALIAS, JANE DOE, M.D., : | |
| ALIAS and JOHN DOE CORPORATION, ALIAS : | |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the parties, plaintiffs Amie & Robert Pellegrini and defendants Barbara Stricker-Friedman, M.D. and OB/GYN Group of Attleboro, Inc., by and through their undersigned attorneys, and jointly move this Honorable Court for a brief continuance of the Scheduling Conference set down in this matter for January 19, 2006. As grounds therefore, the parties state that as a result of trial schedules in other pre-existing matters, counsel have not yet had sufficient opportunity to complete their obligations and Joint Statement. Should the Court grant the within motion and re-schedule the Scheduling Conference to a date on or after two weeks from January 19, 2006, the parties would have sufficient time to complete their obligations and file a meaningful Joint Statement to assist the Court in conducting the Scheduling Conference and entering a Scheduling Order.

WHEREFORE, the parties respectfully request that the Court grant the within joint motion to continue.

| | |
|---|---|
| Plaintiffs, | Defendants, Barbara Stricker-Friedman, M.D. |
| By their attorneys | Ob-Gyn Group of Attleboro, Inc. |
| | By their attorneys |
| | |
| s/ Amato A. DeLuca | s/Nancy Watson |
| _____ | _____ |
| Amato A. DeLuca (B.B.O. #66538) | Nancy Watson (B.B.O. # 542480) |
| DeLuca & Weizenbaum Ltd. | Ficksman & Conley, LLP. |
| 199 North Main Street | 98 North Washington Street, Suite 500 |
| Providence, RI 02903 | Boston, MA 02114 |
| (401) 453-1500 | (617) 720-1515 |
| (401) 453-1501(fax) | (617) 720-1519 (fax) |

Dated: January 18, 2006