## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMIE & ROBERT PELLIGRINI, Individually and p.p.a. SAVERIO PELLIGRINI and MAXIMUS PELLIGRINI, minors | : : : : : | |
| v. | : : | C.A. NO: 05-10387-NMG |
| BARBARA STRICKER-FRIEDMAN, M.D.; OB/GYN GROUP OF ATTLEBORO, INC.; JOHN and JANE DOE, M.D., Alias; and JOHN DOE CORPORATION, Alias | : : : : | |

### NUNC PRO TUNC MOTION TO ADMIT PRO HAC VICE

Now comes, Amato A. DeLuca, Esquire in the above-captioned matter hereby moves this Honorable Court for the admission, pro hac vice, of Michael T. Eskey, an attorney with offices at 199 North Main Street, Providence, RI, to appear in association with him as co-counsel for the plaintiffs in this action, and in support thereof states:

1. Amato A. DeLuca is a member in good standing of the bar of this court actively engaged in the practice of law within the State of Rhode Island, and is a partner in the law firm of DeLuca & Weizenbaum Ltd., 199 North Main Street, Providence, Rhode Island.

2. Michael T. Eskey is an attorney in the firm of DeLuca & Weizenbaum and is a member in good standing of the bar of Rhode Island.

3. At all times, Michael T. Eskey shall appear as counsel in this action in association with Amato A. DeLuca.

2

WHEREFORE, Amato A. DeLuca respectfully requests that the Court grant his Motion and permit Michael T. Eskey to appear in this matter pro hac vice.

    Plaintiffs,
    By their attorneys,

    s/Amato A. Deluca

    _____
    Amato A. DeLuca (#638458)
    **DELUCA & WEIZENBAUM, LTD.**
    199 North Main Street
    Providence, RI 02903
    (401) 453-1500
    (401) 453-1501 Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIE & ROBERT PELLIGRINI, : <br> Individually and p.p.a. SAVERIO : <br> PELLIGRINI and MAXIMUS : <br> PELLIGRINI, minors : <br> : <br> v.   : <br> : <br> BARBARA STRICKER-FRIEDMAN, M.D.; : <br> OB/GYN GROUP OF ATTLEBORO, : <br> INC.; JOHN and JANE DOE, M.D., Alias; : <br> and JOHN DOE CORPORATION, Alias : | C.A. NO: 05-10387-NMG |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have, this ___ day of February 2006, served a true copy of the within documents upon all concerned parties by mail, postage prepaid, addressed to:

Nancy L. Watson, Esq.
Ficksman & Conley, LLP
98 N. Washington Street, Suite 500
Boston, MA 02114


                                                                      s/Amato A. DeLuca

                                                                    _____
                                                                    Amato A. DeLuca, Esq. (B.B.O. #638458)
                                                                  **DELUCA & WEIZENBAUM, LTD.**
                                                                    199 North Main Street
                                                                    Providence, RI 02903
                                                                    (401) 453-1500
                                                                    (401) 453-1501 Fax

Dated: February 2, 2006

**AFFIDAVIT OF MICHAEL T. ESKEY**

Now comes Michael T. Eskey, being duly sworn, and does hereby depose and state as follows:

1. I am an attorney licensed to practice in the State of Rhode Island, with offices at 199 North Main Street, Providence, RI.

2. I am a member in good standing of the bar of the State of Rhode Island, admitted in 1983.

3. I am a member of the Supreme Court of the State of Rhode Island, the United States District Court for the District of Rhode Island, and the Circuit Court of Appeals for the First Circuit. I am a member in good standing in these courts.

s/Michael T. Eskey

_____
Michael T. Eskey, Esq.

Subscribed and sworn to before me on this 2nd day of February 2006.

s/Jennifer M. Houston

_____
NOTARY PUBLIC

Jennifer M. Houston_____
Print Notary Name
My commission expires: 7/23/09

4