UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMIE & ROBERT PELLIGRINI, | : | |
| Individually and p.p.a. SAVERIO | : | |
| PELLIGRINI and MAXIMUS | : | |
| PELLIGRINI, minors | : | |
| | : | |
| v. | : | C.A. NO: 05-10387-NMG |
| | : | |
| BARBARA STRICKER-FRIEDMAN, M.D.; | : | |
| OB/GYN GROUP OF ATTLEBORO, | : | |
| INC.; JOHN and JANE DOE, M.D., Alias; | : | |
| and JOHN DOE CORPORATION, Alias | : | |

**PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

     Now come plaintiffs Amie & Robert Pelligrini and their counsel and hereby certify in accordance with Local Rule 16.1(d)(3) that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

| | |
|---|---|
| Plaintiffs, | Plaintiffs, |
| By their attorneys, | Robert and Amie Pellegrini, et al. |
| | |
| /s/ Michael T. Eskey | /s/Robert Pellegrini |
| _____ | _____ |
| Amato A. DeLuca (B.B.O. #66538) | |
| Michael T. Eskey (R.I. Bar # 3035) | |
|   *Admitted pro hac vice* | |
| DeLuca & Weizenbaum Ltd. | |
| Providence, RI 02903 | |
| (401) 453-1500 | |
| (401) 453-1501(fax) | |

Dated: February 6, 2006

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served on all counsel listed below by mail on this ___ day of February, 2006:

Nancy L. Watson, Esq.
FICKSMAN & CONLEY, LLP
98 North Washington Street Suite 500
Boston, MA 02114
(617) 720-1515

/s/ Michael T. Eskey
_____