UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIE & ROBERT PELLIGRINI,
Individually and ppa SAVERIO
PELLIGRINI and MAXIMUS
PELLIGRINO, minors.
    Plaintiffs,

V.

BARBARA STRICKER-FRIEDMAN, M.D.,
OB/GYN GROUP OF ATTLEBORO, INC.,
ET ALS,
    Defendants.

CIVIL ACTION NO. 05-10387-NMG

## CERTIFICATION PURSUANT TO RULE 16.1

Now come the undersigned counsel and defendants in this action and affirm that undersigned counsel has discussed with Dr. Stricker individually and as the representative of Ob/Gyn Group of Attleboro, Inc., the alternatives available for the resolution of this case including mediation, arbitration and other alternative dispute resolution programs offered by the Court. Counsel and defendants understand the time and expense commitments associated with the defense of this case through the Court as well as through alternative means of resolution. Counsel and defendants will consider the alternative dispute resolution programs available as appropriate.

Respectfully submitted,

_____
BARBARA STRICKER M.D.
Individually and as Representative
of Ob/Gyn Group of Attleboro, Inc.

_____
NANCY L. WATSON
Ficksman & Conley, LLP
98 N. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515
BBO # 542480