UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIE & ROBERT PELLIGRINI, INDIVIDUALLY and p.p.a. SAVERIO PELLIGRINI and MAXIMUS PELLEGRINO, minors : : : : : v. : C.A. NO: 05-10387-NMG : BARBARA STRICKER-FRIEDMAN, M.D., OB/GYN GROUP OF ATTLEBORO INC., JOHN DOE, M.D., ALIAS, JANE DOE, M.D., ALIAS and JOHN DOE CORPORATION, ALIAS : : : : | |

**ASSENTED - TO MOTION TO MODIFY SCHEDULING ORDER**

Now come plaintiffs and hereby move this Honorable Court for an Order modifying the scheduling order to accommodate an additional sixty (60) days for expert disclosure and an additional twenty (20) days for rebuttal expert disclosure.

1. No previous request for modification of the scheduling order has been made. The modifications requested are necessary to enable the parties to complete depositions of fact witnesses before expert disclosures.

2. Granting the within request will not prejudice the parties (indeed, it will assist them), will not significantly alter the deadlines set forth in the original scheduling order, and will not delay resolution of the action, as the within motion does not request modification of the trial date.

3. The parties are mindful that scheduling orders are an essential tool in the Court's efficient and effective management of a crowded calendar. The within motion is not intended to

either delay the consideration of this matter or to prejudice the Court's administration of its docket, but is necessitated by the exigencies described above.

4. Plaintiffs' counsel have conferred with defendants counsel concerning the within motion and defendants counsel assents thereto.

WHEREFORE, plaintiffs respectfully request that the Court grant the within motion and enter an order adopting the requested modifications set forth below:

Expert disclosure

Change from January 15, 2007 to **March 16, 2007**.

Disclosure of rebuttal experts, if necessary

Change from February 28, 2007 to **April 5, 2007.**

Expert depositions completed by

Change from May 31, 2007 to **June 15, 2007.**

Dispositive motions by

Change from March 31, 2007 to **April 15, 2007.**

Plaintiffs,
By their attorneys

s/ Amato A. DeLuca
_____
Amato A. DeLuca (B.B.O. #66538)
DeLuca & Weizenbaum Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501(fax)

Dated: February 5, 2007