UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIE & ROBERT PELLIGRINI,
Individually and ppa SAVERIO
PELLIGRINI and MAXIMUS
PELLIGRINO, minors.
    Plaintiffs,

CIVIL ACTION NO: 05-10387-NMG

V.

BARBARA STRICKER-FRIEDMAN, M.D.,
OB/GYN GROUP OF ATTLEBORO, INC.,
ET ALS,
    Defendants.

## MOTION OF THE PARTIES TO CONTINUE THE TRIAL DATE FOR THREE MONTHS

Now come the parties to the above-captioned action and respectfully requests this Court continue the trial of this matter which is presently schedule for July 9, 2007 to a date on or after September 4, 2007. As grounds therefore, the parties state as follows:

1. The parties have been unable to complete all outstanding discovery within the time allowed given competing commitments of counsel. If this motion is allowed, the parties will complete outstanding discovery and be prepared for trial at the Court's convenience on or after September 4, 2007.

2. Counsel for Dr. Stricker is also assigned for trial in Barnstable Superior Court in the matter of Cheney v. Simonelli, Barnstable Superior Court, Docket No: 00-00750. It was not certain until very recently that this case would begin as scheduled. This matter was initially tried over a period of three and a half weeks in December, 2004 and resulted in a mistrial after four days of deliberation. It is an obstetrical malpractice case in which there are four individual defendant/physicians, four defense counsel, two plaintiffs' counsel, and six medical experts. Due to the number of parties and witnesses it has been impossible to schedule an earlier date for re-trial of this action. The assigned date of July 9, 2007 was not agreeable to the defendant/physicians, however, the Court has indicated that the case will begin as scheduled given the age of the case and difficulty in scheduling.

Counsel for defendant, Dr. Stricker, respectfully requests that this motion be allowed and represents that if this motion is allowed, no further continuances of this matter will be sought.

Respectfully submitted
by their attorneys,

*/s/ Nancy L. Watson*
NANCY L. WATSON
Attorney for Defendants
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
617-720-1515
B.B.O. #542480

*/s/ Amato DeLuca (NB)*
AMATO DELUCA
Attorney for Plaintiffs
DeLuca & Weizenbaum, Ltd.
199 North Main Street
Providence, RI 02903
401-453-1500
B.B.O. #66538

CERTIFICATE OF SERVICE

I, Nancy L. Watson, attorney for said defendant, hereby certify that I have this day served copies of this document upon all parties via first class mail, postage prepaid, directed to: Amato DeLuca, Esq., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903.

Date: June 12, 2007

*/s/ Nancy L. Watson*
NANCY L. WATSON