UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIE & ROBERT PELLIGRINI, Individually and ppa SAVERIO PELLIGRINI and MAXIMUS PELLIGRINO, minors.<br>    Plaintiffs,<br><br>V.<br><br>BARBARA STRICKER-FRIEDMAN, M.D., ET ALS,<br>    Defendants. | CIVIL ACTION NO: 05-10387-NMG |

### RESPONSE OF THE DEFENDANTS TO PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW

Now come the defendants and respond to the plaintiffs' counsels' motion to withdraw as follows.

The defendants do not have a basis to oppose the plaintiffs' motion because they assume that an irretrievable breakdown of the attorney client relationship, or another matter absolutely precluding plaintiffs' counsel from representing the plaintiffs in this matter, has arisen.

The defendants respectfully request that this Honorable Court schedule a hearing to set a deadline for the plaintiffs to retain new counsel and set a new trial date.

This case was filed in 2005 and is predicated on medical treatment which was rendered to Amie Pelligrini in the Summer of 2002. This matter has twice been scheduled for trial and the defendants respectfully submit that, based on the last minute motion filed by plaintiffs' counsel on the eve of the second trial date, no lengthy continuances of the trial date should be allowed.

The defendants' counsel was not aware that plaintiffs' counsel was seeking to withdraw until the motion was received on September 12, 2007.

For the reasons set forth above the defendants respectfully request that this Honorable Court enter an order consistent with their request or, in the alternative, an order that will limit any long further continuances of this matter while plaintiffs seek new counsel.

Respectfully submitted
by their attorneys,


/s/ Mathew R. Connors
MATTHEW R. CONNORS
Attorney for Defendants
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
617-720-1515
B.B.O. #636358

## CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby certify that I have this day served copies of this document upon all parties via electronic filing, directed to: Amato DeLuca, Esq., DeLuca & Weizenbaum, Ltd., 199 North Main Street, Providence, RI 02903.

Date: September 14, 2007                    /s/ Mathew R. Connors
                                                          MATTHEW R. CONNORS