# United States District Court
## For the District of Massachusetts

Amie & Robert Pellegrini,
Individually and
p.p.a. Saverio Pellegrini and Maximus
Pellegrini, minors

v.                                                                  C.A. No.: 05-10387-NMG

Barbara Stricker-Friedman, M.D.,
OB/GYN Group of Attleboro Inc.,
John Doe, M.D., Alias, Jane Doe, M.D.,
Alias and John Doe Corporation, Alias

## Motion for Extension of Time

I, Amie Pellegrini, plaintiff, request an extension of time to seek counsel to enter an appearance on my behalf and on the behalf of the co-plaintiffs. I hereby certify on behalf of myself and the co-plaintiffs, that I have made a good faith effort to interview and discuss this matter with potential successor counsels in an attempt to obtain such counsel to enter an appearance in this matter however was unable to secure new counsel within the time frame provided due to a death in the family on September 24, 2007 and the concern that the deadline for discovery of November 30, 2007 and Jury Trial set for January 12, 2008 is not enough time for successor counsel to consider and prepare for these deadlines.

    Respectfully submitted,

    Amie Pellegrini,

    /s/Amie Pellegrini
    16 Thomas Leighton Blvd.
    Cumberland, RI
    02864
    401-334-0557

Dated: October 30, 2007