UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Amie Pellegrini, et al.,**
   **Petitioner**

**V.**

**Barbara Stricker-Friedman, et al.,**
   **Respondent**

CIVIL ACTION

NO.  05-10387-NMG

Order of Dismissal
December 17, 2007

Gorton,  D. J.

In accordance with the Courts allowance of Defendants Motion to Dismiss (Docket No. 25),  it is hereby Ordered this matter is Dismissed.


Approved,

/s/ Nathaniel M. Gorton,
**United States District Judge**

By the Court,

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)   [odism.]